COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:    01-18-00175-CR

Style:    Celvin Brooks v. The State of Texas

Date motion filed*:    May 8, 2018

Type of motion:    Motion to Withdraw

Party filing motion:    Appellant's Appointed Counsel, Jani J. Maselli Wood

Document to be filed:    N/A

Is appeal accelerated?    No.

Ordered that motion is:
    ☑ Granted
    ☐ Denied
    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
    ☑ Other: _____

Appellant's motion to withdraw, construed as a motion to substitute counsel, is **granted** because it complies with Rule 6.5 by referring to a notice of appearance of counsel filed by newly-retained counsel David Booker. *See* TEX. R. APP. P. 6.5(b), (d). The Clerk of this Court is **directed** to remove Jani J. Maselli Wood as counsel for appellant and to substitute David Booker as appellant's lead counsel of record, if not done so already. *See id.* 6.1(c), 6.2. Ms. Wood is ordered to mail a copy of her motion and this order to the pro se appellant and file notice with the Clerk of this Court within 10 days of this order. *See id.* 6.5(b), (d).

Judge's signature: /s/ Evelyn V. Keyes
        ☑ Acting individually    ☐ Acting for the Court

Date:  May 15, 2018